

Forrest M. "Teo" Seger III
T ((210) 250-6000
Email: TSeger@clarkhill.com

Clark Hill
2301 Broadway St.
San Antonio, TX 78215
T (210) 250-6000

December 8, 2025

<u>**VIA ECF**</u>

Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

          Re:  *Kim v. Equifax Information Services LLC, et al.,*
               *Case No. 1:25-cv-07179-JLR*

Dear Judge Rochon:

      I represent Defendant, Equifax Information Services, LLC. An in-person Initial Conference is currently scheduled for December 11, 2025, at 10:00 a.m. in the above-referenced matter. The undersigned was previously scheduled to be in an all-day mediation on that date and respectfully requests an adjournment to a later date. Pursuant to the Court's procedures, this is a first such request, and it is unopposed. The parties further provide the following mutually agreeable dates: December 22nd or 23rd (a third date would need to be into the new year).

      Further, due to the location of counsel, the undersigned respectfully requests that this conference be converted to a telephonic conference. This is also a first such request and it does not impact any other scheduled appearance or deadline.

      I have discussed both these requests with opposing counsel, and he is agreed. I thank the Court for its time and consideration of the within matters.

                                                    Sincerely,
                                                    CLARK HILL

                                                    /*s/*<u>Forrest "Teo" Seger III</u>

                                                      _____
                                                    SO ORDERED

cc: All counsel of record (via email)