Clark Hill

| | |
|---|---|
| Forrest M. "Teo" Seger III<br>T ((210) 250-6000<br>Email: TSeger@clarkhill.com | Clark Hill<br>2301 Broadway St.<br>San Antonio, TX 78215<br>T (210) 250-6000 |

December 8, 2025

**VIA ECF**

Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:  *Kim v. Equifax Information Services LLC, et al.,*
> *Case No. 1:25-cv-07179-JLR*

Dear Judge Rochon:

I represent Defendant, Equifax Information Services, LLC.  An in-person Initial Conference is currently scheduled for December 11, 2025, at 10:00 a.m. in the above-referenced matter.  The undersigned was previously scheduled to be in an all-day mediation on that date and respectfully requests an adjournment to a later date.  Pursuant to the Court's procedures, this is a first such request, and it is unopposed.  The parties further provide the following mutually agreeable dates: December 22nd or 23rd (a third date would need to be into the new year).

Further, due to the location of counsel, the undersigned respectfully requests that this conference be converted to a telephonic conference.  This is also a first such request and it does not impact any other scheduled appearance or deadline.

I have discussed both these requests with opposing counsel, and he is agreed.  I thank the Court for its time and consideration of the within matters.

Request GRANTED.  The parties' Initial Pretrial Conference shall be adjourned to **December 22, 2025, at 11:30 a.m.**  The Court will hold the conference virtually via Teams video.  Counsel will receive login credentials at the email addresses on the docket. The public list-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 269 187 473#.  In accordance with Paragraph 2.D of the Court's Individual Rules and Practices, the parties are to submit a joint letter as well as a proposed Civil Case Management Plan no later than **ten calendar days before the conference date**.

Sincerely,
CLARK HILL

*/s/*Forrest "Teo" Seger III

**SO ORDERED.**

Dated: December 8, 2025
    New York, New York

**JENNIFER L. ROCHON**
**United States District Judge**

cc: All counsel of record (via email)